**No. 10-6293. Latanya McCaslin, Petitioner v. Birmingham Museum of Art, et al.**

562 U.S. 1031, 131 S. Ct. 571, 178 L. Ed. 2d 418, 2010 U.S. LEXIS 8694, ■

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 384 Fed. Appx. 871.

**No. 10-6298. Nicholas Schwieterman, Petitioner v. Ohio.**

562 U.S. 1031, 131 S. Ct. 571, 178 L. Ed. 2d 418, 2010 U.S. LEXIS 8744.

November 8, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Mercer County, denied.

**No. 10-6305. Jovan Watkins, Petitioner v. Maryland Division of Corrections, et al.**

562 U.S. 1031, 131 S. Ct. 588, 178 L. Ed. 2d 418, 2010 U.S. LEXIS 8739, ■

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 385 Fed. Appx. 310.

**No. 10-6306. Placido LaBoy, Petitioner v. Illinois.**

562 U.S. 1032, 131 S. Ct. 571, 178 L. Ed. 2d 418, 2010 U.S. LEXIS 8718.

November 8, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

**No. 10-6307. Brandon L. Lewis, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 1032, 131 S. Ct. 571, 178 L. Ed. 2d 418, 2010 U.S. LEXIS 8679.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 312.

**No. 10-6308. Jorge Enrique Villa, Petitioner v. Arizona.**

562 U.S. 1032, 131 S. Ct. 571, 178 L. Ed. 2d 418, 2010 U.S. LEXIS 8765.

November 8, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

**No. 10-6309. David J. Washington, Petitioner v. Louis Harrelson, et al.**

562 U.S. 1032, 131 S. Ct. 571, 178 L. Ed. 2d 418, 2010 U.S. LEXIS 8682, ■

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 300.

**No. 10-6310. David Webb, Petitioner v. Janine M. Kern, Judge, Circuit Court of South Dakota, Pennington County, et al.**

562 U.S. 1032, 131 S. Ct. 572, 178 L. Ed. 2d 418, 2010 U.S. LEXIS 8667, ■

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.